

ORDERED in the Southern District of Florida on February 18, 2015.

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                          Case No. 14-32260-RBR
                                                Chapter 13
Michael A. Heron,

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the Court upon the Debtor's Objection to Claim #3 of Troy Capital, LLC on February 12, 2015 at 1:00 p.m. and no response having been raised and this Court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's objection to the claim number 3 of Troy Capital, LLC is **SUSTAINED**. The claim shall be stricken.

###

**Submitted by: Donna A. Bumgardner, Esq for the Debtor**

Attorney Bumgardner shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).